ANTHONY MARRACCINI, Appellant, v JOHN RYAN et al., Respondents, et al., Defendants.

Submitted June 1, 2010; decided August 31, 2010

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that denied appellant's motion for leave to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise granted.